In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00372-CR
_____

IN RE BRETT W. LIGON,
MONTGOMERY COUNTY DISTRICT ATTORNEY

**Original Proceeding**

**MEMORANDUM OPINION**

Brett W. Ligon, Montgomery County District Attorney, filed a petition for writ of mandamus to compel the Judge of the 9th District Court of Montgomery County, Texas, to vacate the court's discovery order signed on August 29, 2014. We stayed the order pending the resolution of the mandamus proceeding and requested a response form the real party in interest, Michael Burl Massengill.

On September 8, 2014, Relator filed a motion to dismiss this mandamus proceeding as moot because the trial court has granted the State's motion to set aside the challenged discovery order. We dissolve our temporary order and grant

1

the motion to dismiss. The original proceeding is dismissed without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on September 23, 2014
Opinion Delivered September 24, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.